```
1   FRANK E. MAYO
    Law Office of Frank E. Mayo
2   480 San Antonio Road, Suite 230
    Mountain View, California 94040
3   Telephone: (650)964-8901
    Facsimile: (650)964-7293
4
5   Attorney for Plaintiff
    MARK STEINKAMP
6
    Robert M. Pattison (SBN 103528)
7   JoAnna L. Brooks (SBN 182986)
    Timothy C. Travelstead (SBN 215260)
8   JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
9   San Francisco, CA 94105
    Telephone: (415) 394-9400
10  Facsimile:  (415) 394-9401
11
    Attorneys for Defendants
12  HULL & COMPANY and RICHARD HULL
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK W. STEINKAMP | Case No. C-06-03984 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT HULL & COMPANY, INC. TO RESPOND TO THE COMPLAINT** |
| v. | |
| HULL & COMPANY, INC., a Florida Corporation and RICHARD HULL, | |
| Defendants. | Judge:  Hon. William H. Alsup |

WHEREAS, Plaintiff filed this action on June 15, 2006 against two defendants, Hull & Company, Inc., a Florida company, and Richard Hull, an individual; and

WHEREAS, Plaintiff sent a request for waiver of service of summons to Defendant Hull & Company, Inc. on July 18, 2006 and Defendant Hull & Company, Inc. timely waived service of summons according to Federal Rule of Civil Procedure 4(d); and

WHEREAS, Federal Rule of Civil Procedure 12(a)(1)(B) requires Defendant Hull & Company, Inc. to respond to the Complaint no later than September 22, 2006; and

WHEREAS, Plaintiff sent a request for waiver of service of summons to counsel for Defendant Richard Hull on September 13, 2006 and he returned the waiver of service of summons the same day; and

WHEREAS, the deadline for Richard Hull's timely response to the Complaint is November 13, 2006; and

WHEREAS, pursuant to Local Rule 6-1(a), the parties wish to extend the time for Defendant Hull & Company, Inc. to respond to the Complaint to coincide with Defendant Richard Hull's deadline to respond to the Complaint.

THE PARTIES HEREBY STIPULATE AS FOLLOWS: Defendant Hull & Company, Inc. will have until November 13, 2006 to respond to the Complaint.

DATED: September 12, 2006        LAW OFFICE OF FRANK E. MAYO

                                 By: _____
                                        Frank E. Mayo
                                 Attorney for Plaintiff Mark Steinkamp

DATED: September 12, 2006        JACKSON LEWIS LLP

                                 By: _____
                                        JoAnna L. Brooks
                                 Attorneys for Defendants Hull & Company, Inc. and Richard Hull

IT IS SO ORDERED:

Dated: September 13, 2006        UNITED STATES DISTRICT COURT JUDGE
                                 Judge William Alsup

STIP. EXTENDING TIME FOR DEF. HULL &              2                    CASE NO. C-06-03984 WHA
COMPANY, INC. TO RESPOND TO THE COMPLAINT